Michael R. Pfeifer, Esq. (S.B.N. 072245)
Annabelle de la Mora, Esq. (S.B.N. 117649)
PFEIFER & DE LA MORA, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Telephone: (714) 703-9300
Facsimile: (714) 703-9303

Attorneys for Defendant
AMERICAN GENERAL FINANCIAL SERVICES, INC.,
DBA American General Financial Services

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MINDY MOLISEE,<br><br>     Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES,<br><br>     Defendants. | Case No.: CV-11-0275 R (OPx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES RE PLAINTIFF'S FAILURE TO OPPOSE THE MOTION TO DISMISS THE COMPLAINT**<br><br>Date:      April 18, 2011<br>Time:      10:00 a.m.<br>Courtroom: 8, Second Floor<br>Location:  Spring Street Courthouse<br>           312 N. Spring Street<br>           Los Angeles, California<br>           90012 |

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1.0 INTRODUCTION

Although the precise circumstances giving rise to Plaintiff's Complaint cannot be ascertained from the Complaint, it is readily apparent that the action is barred by the one-year statute of limitations contained in California Civil Code § 340(c). Based thereon, American General Financial Services, Inc. ("AGF") filed a Motion to Dismiss. Plaintiff has failed to file any opposition to that Motion to Dismiss. Accordingly, AGF submits that the Motion to Dismiss should be granted <u>without leave to amend</u>.

## 2.0 PLAINTIFF'S OPPOSITION IS WELL OVERDUE SO THAT THE MOTION TO DISMISS SHOULD BE GRANTED *WITHOUT LEAVE TO AMEND*

Pursuant to Local Rule 7-9, Plaintiff was required to file with the court, and serve on each party, opposition papers to AGF's Motion to Dismiss at least twenty-one (21) days before the date designated for the hearing on the Motion to Dismiss. Plaintiff has not <u>filed or served</u> a timely opposition to the present Motion to Dismiss.

Given that AGF's Motion to Dismiss is set for hearing on April 18, 2011, Plaintiff's opposition was due no later than March 28, 2011. That, however, <u>did not happen</u>. Rather, the court and AGF's counsel, have yet to receive any opposition.

Apparently, instead of opposing the Motion to Dismiss, Plaintiff elected to file an amended Complaint. Thus, on April 1, 2011, Plaintiff attempted to file a document entitled "Amended Complaint." The Court, however, found that filing to be in violation of General Order 10-07 prohibiting e-filing and requiring manual filing of such documents (Doc 7, Notice to Filer of Deficiencies in Electronically Filed documents). The court then ordered the efiled pleading to be stricken and ordered a corrected document to be manually filed no later than April 11, 2011 (Doc 8, Response By Court to Notice to Filer of Deficiencies in Electronically Filed Documents.)

2

CV-11-0275 R (OPx)
MEMORANDUM OF POINTS AND AUTHORITIES RE PLAINTIFF'S FAILURE TO OPPOSE THE MOTION TO DISMISS THE COMPLAINT

The time to oppose the Motion to Dismiss, as well has the time to reply to such Opposition, having passed, AGF could only wait for service of the "Amended Complaint." That also, however, has not happened. On April 12, 2011, AGF received electronic notice of the manual filing of Plaintiff's "Amended Complaint." That notice, of course, did not include a copy of the "Amended Complaint" which was to be manually served. As of April 14, 2011, AGF has not been served with the "Amended Complaint." As a result, AGF's Motion to Dismiss remains on calendar and is unopposed.

Plaintiff's failure to file opposition as of this date is in violation of law and has prevented AGF from responding substantively to any opposition Plaintiff might subsequently attempt to assert. Under applicable local rules, Plaintiff's failure to file an opposition may be deemed consent to the granting of the Motion to Dismiss. (L.R. 7-12) Plaintiff's deemed consent is a concession to the merits of the Motion to Dismiss so that the Motion to Dismiss should be granted without leave to amend.

### 3.0 CONCLUSION

There is no opposition to the present Motion to Dismiss. Such lack of opposition is deemed a concession to the merits of the Motion to Dismiss. Accordingly, AGF respectfully submits that the Motion to Dismiss should be granted without leave to amend.

DATED: April 14, 2011                         PFEIFER & DE LA MORA, LLP

                                              By: _____
                                              MICHAEL R. PFEIFER
                                              ANNABELLE DE LA MORA
                                              Attorneys for Defendant
                                              AMERICAN GENERAL
                                              FINANCIAL SERVICES, INC.

3

CV-11-0275 R (OPx)
MEMORANDUM OF POINTS AND AUTHORITIES RE PLAINTIFF'S FAILURE TO OPPOSE THE MOTION TO DISMISS THE COMPLAINT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: PFEIFER & DE LA MORA, LLP, 765 The City Drive, Suite 380, Orange, California 92868.

On, April 15, 2011, I served a copy of the foregoing documents described as: MEMORANDUM OF POINTS AND AUTHORITIES RE PLAINTIFF'S FAILURE TO OPPOSE THE MOTION TO DISMISS THE COMPLAINT on the interested parties in this action.

_X_ by placing [ ] the original [X] a true and correct copy thereof in a sealed envelope(s) addressed as follows:

| Lara R. Shapiro | *Of Counsel* |
|---|---|
| Lara Shapiro Law Offices | Lemberg & Associates |
| 4145 Via Marina, Suite 324 | A Connecticut Law Firm |
| Marina del Rey, CA 90292 | 1100 Summer Street |
| Telephone No.: (310) 577-0870 | Stamford, CT 06905 |
| Facsimile No.: (424) 228-5351 | Telephone No.: (203) 653-2250 |
| Email: shapiro.lara@gmail.com | Facsimile No.: (203) 653-3424 |
| *Attorney for Plaintiff Mindy Molisee* | |

_X_ by Mail:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage, thereon fully prepaid for at **Orange, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ by Electronic Service via CM/ECF System
In accordance with the electronic filing procedures of this Court, this service has been effected on the aforesaid party(ies) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

1

__X__  **FEDERAL** – I declare under penalty of perjury under the laws of the United States America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on April 15, 2011, at Orange, California.

_____
Yolanda Rivera

2

PROOF OF SERVICE